IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHN OSCAR DUNN, II, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00473-MTT-AGH |
| | * |
| BRIAN KEMP, et al , | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 8, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 8th day of May, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk